FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 18 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01375-BNB

PAUL BENSON,

    Plaintiff,

v.

TOM CLEMENTS, Executive Director of CDOC, et al., In Individual Capacities,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff Paul Benson, acting *pro se*, initiated this action by filing a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Upon review of the merits of the Complaint, Magistrate Judge Boyd N. Boland entered an order, on July 17, 2011, directing Mr. Benson to file an Amended Complaint. Mr. Benson was instructed to name proper defendants and to assert personal participation by each named defendant. Mr. Benson, in keeping with *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007), also was instructed to submit an Amended Complaint that explains what each defendant did to harm him, when the defendant did the harmful act, how he was injured, and what specific legal right the defendant violated. Mr. Benson was warned that if he failed to file an Amended Complaint within the time allowed the Complaint and the action would be dismissed.

Mr. Benson now has failed to communicate with the Court and as a result has failed to amend the Complaint within the time allowed.

Upon review of the Complaint, the Court finds that Magistrate Judge Boland correctly instructed Mr. Benson to amend and assert what named defendants did to violate his constitutional rights. Because Mr. Benson has failed to amend the Complaint within the time allowed the action will be dismissed. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to file an Amended Complaint and for failure to prosecute.

DATED at Denver, Colorado, this  18th  day of    August   , 2011.

BY THE COURT:

 s/Lewis T. Babcock 
LEWIS T. BABCOCK, Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01375-BNB

Paul Benson
Prisoner No. 151528
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on August 18, 2011.

                                                 GREGORY C. LANGHAM, CLERK

By: _____
                Deputy Clerk